UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-11-461 |
| | § | |
| MARCOS LEAL | § | |

## MEMORANDUM OPINION AND ORDER DENYING MOTION TO REOPEN DETENTION HEARING

Pending is defendant Leal's motion to reopen the detention hearing (D.E. 8). The defendant had a detention hearing before Hon. Brian Owsley, and bond was denied. The defendant states in his motion that his circumstances have changed but did not supply any information to support this averment, nor has he shown that the information was unavailable at the time of his detention hearing.

In any event, the defendant was on felony probation for Robbery when he committed this offense, which reflects that he is either unable or unwilling to comply with court-ordered conditions of release. This is true whether or not the state authorities will pursue a revocation. He is a poor bond risk. The motion is denied.

ORDERED this 19th day of May, 2011.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE